UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| HUSSMANN SERVICES CORPORATION, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant | ) | 15 CV 50135 |
| | ) | |
| v. | ) | Magistrate Judge Iain D. Johnston |
| | ) | |
| UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, LOCAL 792, and CHICAGO REGIONAL COUNCIL OF CARPENTERS, | ) ) ) ) | |
| | ) | |
| Defendants/Counter-Plaintiffs | ) | |

## DEFENDANTS'/COUNTER-PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants/Counter-Plaintiffs, United Brotherhood of Carpenters and Joiners of America, Local 792 ("Local 792") and the Chicago Regional Council of Carpenters ("CRCC") by their attorneys Terrance B. McGann and Karen M. Rioux of Whitfield, McGann and Ketterman and pursuant to Fed. R. Civ. Pro. 12(c), present their Motion for Judgment on the Pleadings and state as follows:

For the reasons set forth in Defendants'/Counter-Plaintiffs' accompanying Memorandum of Law, Defendants/Counter-Plaintiffs respectfully request that this Court dismiss Plaintiff/Counter-Defendant's Petition to Compel Arbitration and confirm the Joint Grievance Committee's February 26, 2015 arbitration award against Hussmann Services Corporation.

Respectfully submitted,

UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, LOCAL 792 and CHICAGO REGIONAL COUNCIL OF CARPENTERS,

By: /s/ Terrance B. McGann
    One of the Attorneys for Defendants/Counter-Plaintiffs

Terrance B. McGann
Karen M. Rioux
WHITFIELD, McGANN & KETTERMAN
111 E. Wacker Dr., Suite 2600
Chicago, IL  60601
(312) 251-9700 Fax: (312) 251-9701
tmcgann@wmklaborlaw.com